UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2008 JUN -3 AM 10: 45
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. A-08-CR-085 (3) LY |
| Plaintiff, | ) |
| v. | ) |
| | ) Ct. 1; Manufacture of |
| STEPHANIE ANN LUNA | ) marijuana; 18 U.S.C. § 841 |
| Defendant. | ) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### [21 U.S.C. § 846]

Beginning in or about May 1 2007, and continuing until on or about May 31 2007, at Austin, Texas in the Western District of Texas and elsewhere, the Defendant,

STEPHANIE ANN LUNA

knowingly, intentionally and unlawfully manufactured a controlled substance, which offense involved 48 or more marijuana plants, a Schedule I controlled substance, contrary to Title 21, United States Code, Section 841(b)(1)(D).

Respectfully submitted,

JOHNNY SUTTON
UNITED STATES ATTORNEY

By: _____
GRANT SPARKS
Assistant U.S. Attorney
816 Congress Avenue
Suite 1000
Austin, Texas 78701
(512) 916-5858
(512) 916-5854 [FAX]
State Bar No. 00792849