IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | NO. A-08-CR-085(3)-LY |
| STEPHANIE ANN LUNA | § | |

## MOTION TO TERMINATE PROBATION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Stephanie Ann Luna, by and through her undersigned counsel, and pursuant to 18 U.S.C. § 3564(c), respectfully moves the Court to terminate her probation for the following reasons:

I.

Defendant pled guilty to one (1) count of Manufacture of Marijuana on June 9, 2008, before the United States District Court, Western District of Texas, Austin Division. On September 24, 2008, the Honorable Lee Yeakel sentenced Defendant to probation for a term of three (3) years.

II.

Defendant has complied with all conditions of her probation. Defendant has paid all fees and court costs assessed, and Defendant has not missed or rescheduled any appointments with her probation officer, Simone Norman. Defendant participated in the random urinalysis program, which has included over 100 negative drug tests (and no positive tests) since being placed on bond in April, 2008. She has also timely filed each

1

of her monthly reports to her probation officer. She has cooperated fully with her probation officer and has been an exemplary probationer.

III.

Defendant is employed as a front desk associate at Vitality Sports Medicine in Dallas, Texas, where she works from 9am to 5pm on Mondays through Fridays. Although she has been on time to each appointment, making arrangements to meet with her probation officer interferes with Defendant's work schedule, as each appointment consumes about two hours of her day due to the location of the probation office relative to her place of employment.

IV.

Because of her good conduct while on probation and since it would be in the interest of justice, the Court should order that Defendant's probation be terminated.

Respectfully submitted,

/s/ Christopher M. Perri
CHRISTOPHER M. PERRI
1504 West Avenue
Austin, Texas 78701
(512) 917-4378
(512) 474-8252 (Fax)
State Bar No. 24047769
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have discussed this motion with Mr. Grant Sparks, the Assistant United States Attorney assigned to Defendant's case. At this time, he is waiting to speak with the Defendant's probation officer, Simone Norman, and her supervisor. I've also conferred with Ms. Norman, who is waiting to speak with her supervisor regarding the probation department's position on this motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 27th day of April, 2010, I electronically filed the foregoing Motion to Terminate Probation with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Mr. Grant Sparks, Assistant U.S. Attorney, 816 Congress Ave., Suite 1000, Austin, Texas 78701.

/s/Christopher M. Perri
CHRISTOPHER M. PERRI